**Order entered May 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01118-CR

**JEROME JORDAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F16-75605-J**

## ORDER

Before the Court is appellant's May 20, 2019 second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **June 19, 2019**. If appellant's brief is not filed by June 19, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    BILL PEDERSEN, III
JUSTICE